**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Fred Daniel WILLIAMS, Defendant— Appellant.**

**No. 09–6705.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 12, 2009.

Decided: June 29, 2009.

Thomas Norman Cochran, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Sandra Jane Hairston, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Daniel Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 1:03–cr00023–NCT–1 (M.D.N.C. April 14, 2009). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*